IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDWELLE SIEED ELLIS                                                           PLAINTIFF

v.                          CASE NO: 1:17-CV-00106 BSM

JACKSON COUNTY JAIL, et al.                                              DEFENDANTS

## ORDER

Plaintiff Andwelle Ellis has not complied with the November 15, 2017 order [Doc. No. 3] directing him to pay the full filing fee or file an application to proceed *in forma pauperis*, and the time to do so has expired. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 4th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE