IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANDWELLE SIEED ELLIS**                                                    **PLAINTIFF**

v.                  **CASE NO: 1:17-CV-00106 BSM**

**JACKSON COUNTY JAIL, et al.**                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE